# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:98-CR-00030 |
| | ) | JUDGE TRAUGER |
| RICHARD L. WOLFE | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to the above-named defendant, Richard L. Wolfe, on November 5, 2001 (Docket Entry No. 89), wherein restitution in the amount of $3,736.00 was ordered to be paid to Bank of Louisville.

Based upon recent information provided by the Clerk's Office, it appears that Bank of Louisville merged with Branch Banking and Trust Company (BB&T). Accordingly, the aforementioned Judgment in this case is hereby amended to reflect that the name of the restitution recipient is BB&T. The restitution balance of $3,367.66 shall be paid to BB&T.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act (28 U.S.C. §1651 (a)), which expressly authorizes a federal court to issue such orders "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

_____
ALETA A TRAUGER
UNITED STATES DISTRICT JUDGE